# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Donald Tietz
Coleen Tietz

Case No: 17-60377

Debtor(s)

Chapter 7 Case

## AMENDMENT TO PETITION REGARDING NAME/ADDRESS

To: Clerk of Bankruptcy Court

The original petition filed on _June 22, 2017_ is amended as follows:

| Name | | |
|---|---|---|
| The correct name(s) of the Debtors(s) including AKA, DBA, or ASF if any, is (are): | Donald Tietz<br>AKA: Don Tietz<br>ASF: D&C Properties, LLP<br>ASF: Don Tietz Construction Inc. | Coleen Tietz<br>ASF: D+C Properties, LLP |

Address

The correct address(es) of the Debtor(s), in
_Becker_ County, is (are): 19174 County Hwy 14, Callaway, MN 56521

VERIFICATION: I (We), debtor(s) named in the foregoing amended schedule, declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6-29-17_
Signed: _[signature]_
Attorney for Debtor(s)
Print Attorney Name _Bruce L. Madlom_
Attorney Address: _P.O. Box 9693_
_Fargo, ND 58106-9693_
Phone Number: _701-235-0505_
License Number: _ND ID #04716_

Signed: _[signature]_ Donald Tietz
Debtor1

Signed: _[signature]_ Coleen Tietz
Debtor2 (if joint case)