**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

DONALD TIETZ,                                                    Case No.: 17-60377
   aka Don Tietz,                                              Chapter 7
   asf D&C Properties, LLP,
   asf Don Tietz Construction,
COLEEN TIETZ,
   asf D&C Properties, LLP
                       Debtors.

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF AUCTIONEER TO SELL**
**PROPERTY OF THE ESTATE, RECOMMENDATION AND ORDER**

1.    Applicant is the trustee in this case.

2.    Applicant applies for approval of BKAssets.com, LLC ("BKAssets"), as an internet auctioneer to perform an auction of the Debtors' property. The property to be sold is as follows:

    a.    Arizona real property legally described as:

        LOT 798, OF GREENFIELD VILLAGE R.V. RESORT PHASE II, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 278 OF MAPS, PAGE 2 AND CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO. 85-603865.

3.    1994 Cavco mobile home located on the property in Arizona.

4.    The terms and conditions of compensation and reimbursement of expenses are as follows:
        10% of the gross selling price, plus out-of-pocket expenses, estimated not to exceed $550 ($500 will be paid by the buyer to offset expenses to the bankruptcy estate). The compensation and expenses shall be paid immediately from the net sales proceeds of the real property and mobile home.

5.    Said professional has disclosed to the undersigned that it has not had any connections with the debtor, creditors, any other party-in-interest, their respective

17-60377 APP TO EMPLOY AUCTIONEER.rtf

attorneys and accountants, the United States Trustee or any person employed in the Office of the United States.

WHEREFORE, Applicant requests that the Bankruptcy Court approve such employment by the trustee.

| | |
|---|---|
| Dated: August 22, 2018 | Signed: /e/   David G. Velde |
| | David G. Velde, Trustee |
| | 1118 Broadway |
| | Alexandria, MN 56308 |
| | (320) 763-6561 |

17-60377 APP TO EMPLOY AUCTIONEER.rtf

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In RE:

DONALD TIETZ,
   aka Don Tietz,
   asf D&C Properties, LLP,
   asf Don Tietz Construction,
COLEEN TIETZ,
   asf D&C Properties, LLP
               Debtors.

Case No.: 17-60377
Chapter 7

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, David Birdsell of BKAssets.com, LLC the professional named in the application for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1. BKAssets.com, LLC does not hold or represent any interest adverse to the estate and it is disinterested as required by 11 U.S.C. §327.

2. BKAssets.com, LLC does not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee.

BKAssets.com

Dated: 8/20/18

Mr. David Birdsell
BKAssets.com
216 N Center
Mesa, AZ 85201
(P) 480-969-1760

17-60377 APP TO EMPLOY AUCTIONEER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

DONALD TIETZ,                                        Case No.: 17-60377
    aka Don Tietz,                                Chapter 7
    asf D&C Properties, LLP,
    asf Don Tietz Construction,
COLEEN TIETZ,
    asf D&C Properties, LLP

                                                                                              Debtors.

**ORDER**

On _____, 2018, the Application to Employ BKAssets.com, 216 N Center Mesa, AZ 85201, to auction property of the estate, came before the undersigned. Based on the Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, §327,

**IT IS HEREBY ORDERED** the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code, §328.

Dated:

                                                        Michael E. Ridgway
                                                        United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

DONALD TIETZ,                                      Case No.: 17-60377
   aka Don Tietz,                                Chapter 7
   asf D&C Properties, LLP,
   asf Don Tietz Construction,
COLEEN TIETZ,
   asf D&C Properties, LLP

                                                           Debtors.

**UNSWORN CERTIFICATE OF SERVICE**

The undersigned, of the City of Alexandria, County of Douglas, in the State of Minnesota, says that on 2018, the attached **APPLICATION FOR APPROVAL OF EMPLOYMENT OF AUCTIONEER TO SELL PROPERTY OF THE ESTATE, RECOMMENDATION AND ORDER** were served as follows:

    The following parties were served by U.S. Mail, by enclosing a true and correct copy thereof in an envelope addressed as follows, with first class postage prepaid, and depositing the same in the post office at Alexandria, Minnesota:

        Mr. Donald Tietz
        Ms. Coleen Tietz
        PO Box 5
        Callaway, MN 56521

    All parties receiving electronic notices were served by the Court's ecf noticing system upon the filing of the document(s) at his/her email address of record.

                                                /e/ Colleen Ouimet
                                                Assistant to David G. Velde, Trustee
                                                1118 Broadway
                                                Alexandria, MN 56308
                                                (320) 763-6561

17-60377 APP TO EMPLOY AUCTIONEER.rtf