# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

DONALD TIETZ,　　　　　　　　　　　　　　　　　　Case No.: 17-60377
  aka Don Tietz,　　　　　　　　　　　　　　　　　　Chapter 7
  asf D&C Properties, LLP,
  asf Don Tietz Construction,
COLEEN TIETZ,
  asf D&C Properties, LLP

                    Debtors.

## ORDER

David G. Velde, the Trustee in this matter, filed a Notice of Sale, Abandonment, Lease or Settlement on November 15, 2018. No objections were filed. Based upon all records herein,

IT IS ORDERED:

1. The Trustee's Notice of Sale, Abandonment, Lease or Settlement is approved.

2. The Bankruptcy Estate's interest in the following real property in Maricopa County, Arizona, and 1994 Cavco Mobile Home located on the property, is abandoned:

> LOT 798, OF GREENFIELD VILLAGE R.V. RESORT PHASE II, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 278 OF MAPS, PAGE 2 AND CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO. 85-603865.

Dated: *December 17, 2018*

                                      */e/ Michael E. Ridgway*
                                      Michael E. Ridgway
                                      United States Bankruptcy Court Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/17/2018*
Lori Vosejpka, Clerk, by AMM